OPINION — AG — ** CRIMINAL CASE — READ INSTRUCTIONS ** " IN A CRIMINAL CASE WHERE THE REGULARLY ELECTED AND ACTING COUNTY JUDGE IS UNABLE, BY VIRTUE OF DEFECT IN HIS EYESIGHT TO READ HIS INSTRUCTIONS TO THE JURY, WOULD IT BE PROPER FOR SAID JUDGE TO DICTATE HIS INSTRUCTIONS, HAVE THEM TRANSCRIBED AND DIRECTED SOME OTHER PERSON TO READ THE INSTRUCTIONS ? " — AFFIRMATIVE (HANDICAP — IMPEDIMENT) CITE: 22 O.S. 831 [22-831] (JAMES P. GARRETT)